**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No.: RDB-13-0256** |
| **SHARIEEF DUPREE** | * | |

* * * * *

**MOTION TO SUPPRESS EVIDENCE**

Defendant, Sharieef Dupree, by and through his attorneys, James Wyda, Federal Public Defender for the District of Maryland, and Malik K. Edwards, Assistant Federal Public Defender, hereby respectfully moves this Honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to suppress any evidence obtained as a result of an illegal search, and as grounds for the motion alleges the following:

1. The Government has charged Mr. Dupree in an indictment with one (1) count of unlawful possession of a firearm after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g); and (1) count of possession with intent to distribute heroin, in violation of 21 U.S.C. § 841. The defendant was arraigned on June 6, 2013, and entered a plea of not guilty to the indictment.

2. Law enforcement officers seized evidence from a search of 656 Cokesbury Avenue, Baltimore, Maryland, that counsel suspect the Government will attempt to use at the trial of this case. The Government obtained the evidence in violation of the defendant's rights under the Fourth Amendment to the United States Constitution.

3. The defendant moves for the suppression of the evidence obtained as a result of the search of a residence on the grounds that the search was in violation of the Fourth Amendment to

the United States Constitution.

4. Information provided by the Government indicates that tangible evidence was recovered from a residence at 656 Cokesbury Avenue, Baltimore, Maryland, by law enforcement officers who entered the residence without a search warrant. The residence was searched and items were seized without constitutional basis on, or about, June 5, 2012.

5. There can be no claim that the officers had permission, or a legal right to enter the residence. As such, all evidence seized in connection with the search should be suppressed.

6. Mr. Dupree’s investigation of this case is incomplete and he reserves the right to move for suppression of evidence based on grounds not now discernible such as, but not limited to, rights under *Franks v. Delaware*, 438 U.S. 154 (1978).

WHEREFORE, as a result of the constitutional violations alleged herein and the lack of probable cause, the defendant requests that this Honorable Court:

A. Enter an Order suppressing for use all physical evidence obtained in violation of the Fourth and Fifth Amendments to the United States Constitution; and

B. Grant such other and further relief that this Court deems appropriate.

JAMES WYDA
Federal Public Defender

/S/
_______________________________
MALIK K. EDWARDS, #91572
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email: malik_edwards@fd.org

**CASES AND AUTHORITIES**

1. Fourth Amendment to the United States Constitution.

2. Fifth Amendment to the United States Constitution.

3. *Franks v. Delaware*, 438 U.S. 154 (1978).

/S/
_______________________________
MALIK K. EDWARDS, #91572
Assistant Federal Public Defender

**REQUEST FOR HEARING**

Pursuant to Rule 105.6 of the Local Rules of the United States District Court of Maryland, a hearing is requested on the defendant's motion.

/S/
_______________________________
MALIK K. EDWARDS, #91572
Assistant Federal Public Defender