HBM: USAO#2012R00618

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**  2013 JUL 18  A 10: 49

CLERK'S OFFICE
AT BALTIMORE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **v.** | * **CRIMINAL NO.: RDB-13-0256** |
| | * |
| **SHARIEEF DUPREE,** | * **(Possession of a Firearm by a Felon, 18** |
| | * **U.S.C. § 922(g)(1); Possession with Intent** |
| **Defendant** | * **to Distribute Heroin, 21 U.S.C. §** |
| | * **841(a)(1);** ~~Possession with Intent to~~ |
| | * ~~Distribute Cocaine, 21 U.S.C. § 841(a)(1);~~ |
| | * **Possession of a Firearm in Furtherance of** |
| | * **Drug Trafficking, 18 U.S.C. § 924(c))** |

*******

### SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about June 5, 2012, in the District of Maryland, the defendant,

### SHARIEEF DUPREE,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did

knowingly possess a firearm and ammunition, to wit, one Glock 9mm caliber handgun, serial number

NKL259 and four (4) 9mm caliber rounds of firearm ammunition in and affecting interstate

commerce.

18 U.S.C. § 922(g)(1)

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about June 5, 2012, in the District of Maryland, the defendant,

## SHARIEEF DUPREE,

did knowingly, intentionally and unlawfully possess with the intent to distribute a quantity of a

mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about June 5, 2012, in the District of Maryland, the defendant,

### SHARIEFF DUPREE,

did knowingly, intentionally and unlawfully possess with the intent to distribute a quantity of a

mixture or substance containing a detectable amount of cocaine, a Schedule II controlled

substance.

21 U.S.C. § 841(a)(1)

## COUNT FOUR

The Grand Jury for the District of Maryland further charges that:

On or about June 5, 2012, in the District of Maryland, the defendant,

### SHARIEEF DUPREE,

the defendant herein, did knowingly and unlawfully possess a firearm, to wit: one Glock 9mm caliber handgun, serial number NKL259; in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin and possession with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, as set forth in Count Two and Count Three of this Superseding Indictment, which are incorporated herein by reference.

18 U.S.C. § 924(c)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges that:

1.      Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Counts One and Four of the Superseding Indictment.

2.      As a result of the offense alleged in Count One and Four of this Superseding Indictment, the defendant,

## SHARIEEF DUPREE,

shall forfeit to the United States the firearm involved in the commission of the offenses, to wit, one Glock 9mm caliber handgun, serial number NKL259 and the ammunition therein.


18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)


Rod J. Rosenstein
United States Attorney


A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson                          Date   7/18/13